UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAIL DISTON,

Plaintiff,

v.

NEXPLORE LLC, et al.,

Defendants.

Case No. 26-cv-07756-AGT

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 11

Plaintiff asks for leave to file a motion for reconsideration of the Court's order denying her application to proceed in forma pauperis (IFP). Dkt. 11; *see also* Civil L.R. 7-9(a).

Plaintiff claims that the Court's order mistakenly treated her as married, and therefore erred by looking to federal poverty guidelines for two-person households in evaluating her application. Dkt. 11 at 2-3. Her motion also submits additional monthly expenses that weren't included in her initial IFP application. *Id.* at 2. Together, Plaintiff says these facts justify leave to file a motion for reconsideration "so that the Court may evaluate Plaintiff's IFP application based upon the correct household size and complete financial information." *Id.* at 3; *see also* Civil L.R. 7-9(b).

However, despite Plaintiff's assertions, the Court's IFP order didn't treat Plaintiff as married. In fact, it noted that although Plaintiff had listed some of her expenses under the IFP application's "spouse" column, the application otherwise indicated she wasn't married. Dkt. 8 at 2 n.1. The Court's order also didn't cite any poverty guidelines, for a two-person household or otherwise. Instead, it denied Plaintiff IFP status because her monthly income "far exceeds her monthly expenses." Dkt. 8 at 2. Plaintiff's additional expenses don't change

this conclusion.[1] Finally, Plaintiff doesn't explain why "in the exercise of reasonable diligence … [she] did not know such fact … at the time of the [IFP] order." Civil L.R. 7-9(b)(1).

Accordingly, the Court denies Plaintiff leave to file a motion for reconsideration. This order disposes of dkt. 11.

**IT IS SO ORDERED.**

Dated: September 23, 2026

Alex G. Tse
United States Magistrate Judge

[1] Even after adding these new expenses ($149) to the total expenses considered in the IFP order ($925), Plaintiff's reported monthly income in her IFP application ($1,404) exceeds her total expenses. Dkt. 8 at 2. The Court also notes that Plaintiff now states her monthly income is $3,483. Dkt. 11 at 2.